NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re DATONICS, LLC,**
*Appellant*

---

2026-1124

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 17/401,052.

---

**ON MOTION**

---

Before TARANTO, MAYER, and STARK, *Circuit Judges*.

MAYER, *Circuit Judge*.

## O R D E R

Datonics, LLC appeals from a decision of the Patent Trial and Appeal Board rejecting certain patent application claims based on double patenting and patent eligibility. Stating that the Board erred in its analysis, ECF No. 9 at 2, the Director of the United States Patent and Trademark Office ("USPTO") moves without opposition to remand for further proceedings before the agency.  Without drawing any conclusions regarding the merits of the appeal, the court agrees that remand here would preserve party and judicial resources.

Accordingly,

2                                                    IN RE DATONICS, LLC

IT IS ORDERED THAT:

(1)  The motion is granted.  The case is remanded to the USPTO for further consideration consistent with the motion and this order.

(2)  Each side shall bear its own costs.

FOR THE COURT

February 13, 2026                                     Jarrett B. Perlow
            Date                                         Clerk of Court

ISSUED AS A MANDATE:  February 13, 2026